MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JESUS PARTIDA-VALDOVINOS, <br><br> Defendant. | NO. CR14-5140BHS <br><br> ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE INDICTMENT UNDER SPEEDY TRIAL ACT |

The Court having considered the parties' Joint Motion to Extend Time to File Indictment Under Speedy Trial Act finds that:

1. Mr. Partida-Valdovinos is charged by Felony Information with one count of Illegal Reentry After Deportation, alleged to have occurred on or March 14, 2013, in violation of Title 8, United States Code, Section 1326(a).  Defendant was arrested and made his Initial Appearance on March 27, 2014, at which time defendant pled not guilty and the Court ordered that he be held in custody pending further proceedings.

2. Under the Speedy Trial Act, an Indictment charging a defendant must be filed within 30 days from the date on which the defendant was arrested or served with a summons in connection with such charges. 18 U.S.C. § 3161(b).  Hence, at the present time, the United States must obtain an Indictment in this case on or before April 28, 2014, to meet the requirements of the Speedy Trial Act.

ORDER GRANTING JOINT MOTION
TO EXTEND TIME TO FILE INDICTMENT
UNDER SPEEDY TRIAL ACT                                    - 1
*United States v. Partida-Valdovinos*; CR14-5140BHS

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, Washington  98402**
**(253) 593-6710**

1    3. According to attorneys, counsel asserts it is diligently conducting an investigation into Mr. Partida-Valdovinos' prior criminal record and the circumstances surrounding his situation at the time of his alleged offenses. The defense states that it requires additional time, to conduct additional and independent investigation. The parties believe that this entire process will not be completed by the expiration of the time to obtain an Indictment. The defense further believes that the results of this investigation will be essential to preparing his defense, and may facilitate a resolution of this matter under the Government "fast track" settlement policy for reentry offenses, which is generally favorable to defendants charged with Illegal Entry offenses. If Mr. Partida-Valdovinos is indicted before a potential settlement is reached, however, he may lose his eligibility for the benefits of the fast track program.

4. The parties are seeking an Order continuing the time within which an Indictment must be filed on the ground that the "ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial," as permitted by 18 U.S.C. §§ 3161(h)(7)(A), (B)(i) and (B)(iv).

5. The parties agree that the defense's investigation remains incomplete and the failure to grant this extension would deny the defense the reasonable time necessary for adequate and effective preparation, taking into account the exercise of due diligence. The parties agree that denial of an extension also would result in a miscarriage of justice.

6. The defendant has executed a Waiver of Speedy Indictment waiving rights under the Sixth Amendment and the Speedy Trial Act, 18 U.S.C. §§ 3161-3174 in this regard, and has further agreed that the period from April 28, 2014, until June 14, 2014, shall be an excludable period of time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).

//

ORDER GRANTING JOINT MOTION
TO EXTEND TIME TO FILE INDICTMENT
UNDER SPEEDY TRIAL ACT - 2
*United States v. Partida-Valdovinos*; CR14-5140BHS

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, Washington  98402
(253) 593-6710

7. This is the first request for an extension of the Speedy Trial Act in this case.

For all the reasons set forth in the parties' motion, the Court finds that the ends of justice served by a continuance outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161.

In light of the foregoing, IT IS HEREBY ORDERED that the time to file an indictment in this matter be continued to June 14, 2014. The period of delay resulting from this continuance from April 28, 2014, up to and including June 14, 2014, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7).

DONE this 18th day of April, 2014.

*[signature]*
BENJAMIN H. SETTLE
United States District Judge

Presented by:


/s/  *Jerome Kuh*
Jerome Kuh
Attorney for Defendant



/s/ David Jennings
David Jennings
Assistant United States Attorney

ORDER GRANTING JOINT MOTION
TO EXTEND TIME TO FILE INDICTMENT
UNDER SPEEDY TRIAL ACT        - 3
*United States v. Partida-Valdovinos*; CR14-5140BHS

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, Washington  98402**
**(253) 593-6710**